# Order

Michigan Supreme Court
Lansing, Michigan

January 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137806

LEONARD ARTHUR STRICKLAND III,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 137806
CoA: 288136

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 5, 2008, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 14, 2009

_____
Clerk

jm